# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PRECIADO,<br><br>                               Plaintiff,<br>  vs.<br><br>SAXON MORTGAGE SERVICES, INC., et al.,<br><br>                             Defendants. | CASE NO. 09cv0440 JM(NLS)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE |

      The court grants the parties' joint motion to continue the hearing date on the motions to dismiss and to strike filed by Defendant Saxon Mortgage Services, Inc.  The new hearing date is ***May 29, 2009 at 1:30 p.m.***

      **IT IS SO ORDERED.**

DATED:  April 21, 2009

                                                          Hon. Jeffrey T. Miller<br>                                                          United States District Judge

cc:      All parties