**SOUTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| JENNIFER PRECIADO, an individual, | )    **Case No. 09CV0440JM(JMA)** |
|          Plaintiff, | )    **ORDER OF DISMISSAL WITH** |
| v. | )    **PREJUDICE** |
| SAXON MORTGAGE SERVICES INC.; | )    Complaint Filed: February 11, 2009 |
| QUALITY LOAN SERVICE CORP.; | ) |
| AARON FOX; | ) |
| CENTER CAPITAL FUNDING GROUP; | ) |
| DOES 1 through 10, inclusive | ) |
|          Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), I have reviewed the parties' Stipulation and approve the Dismissal with Prejudice of this action in its entirety.

All parties shall bear their own costs and attorneys' fees in connection with this action.

The Clerk of Court is directed to close this file.

IT IS SO ORDERED

DATED: June 10, 2009

*[signature]*

Hon. Jeffrey T. Miller